UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO.   CR-05-6019-WFN-4 |
| -vs- | ) |
| HAL A. IRELAND, | ) ORDER |
| Defendant. | ) |

Pending before the Court is the Government's Motion to Continue Pretrial Conference in *United States v. Hal Ireland*, filed June 12, 2006 (Ct. Rec. 207). Defendant Ireland is represented by Salvador Mendoza, Jr.; Assistant United States Attorney Robert Ellis represents the Government.

The Court has reviewed the file and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. The Government's Motion to Continue the Pretrial Conference, **Ct. Rec. 207**, is **GRANTED**.

2. The pretrial conference and motion hearing of June 15, 2006 in *United States v. Hal Ireland* (05-6019-4) **ONLY is STRICKEN and RESET to July 13, 2006, at 9:45 am, in Yakima, Washington.**

3. Defendant Ireland's Motion to Dismiss and Motion to Sever are **RESERVED to the July 13, 2006** pretrial conference. The Government is requested to bring an ATF agent to this hearing who can respond to the Court's questions regarding discovery.

ORDER - 1

1  4. The Government's response to the Motion to Dismiss and Motion to Sever shall
2 be filed and served no later than **June 26, 2006**. Defendant Ireland's reply, if any, shall be
3 filed and served no later than **July 3, 2006**.

4  5. The jury trial of **July 24, 2006** is **CONFIRMED**. Trial filings, including
5 motions in limine, trial briefs, requested voir dire, jury instructions, and witness and exhibit
6 lists, shall be filed and served no later than **July 14, 2006**.

7 The District Court Executive is directed to file this Order and provide copies to
8 counsel.

9  **DATED** this 13th day of June, 2006.

12 06-13

s/ Wm. Fremming Nielsen  
WM. FREMMING NIELSEN  
SENIOR UNITED STATED DISTRICT JUDGE

ORDER - 2